## IN THE UNITED STATES BANKRUPTCY COURT OF THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CASE #17-01095-EE
CHARLES SAMUEL FILLINGANE
A/K/A Fillingane Medical Clinic                           CHAPTER 7
FREIDA LYNNE FILLINGANE
A/K/A Freida Lynne Free
                DEBTORS.

### ORDER RESETTING HEARING

THIS CAUSE having come on this date on the: *OBJECTION TO CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION* filed by BankPlus (Dkt. #25), and the Court having considered the facts herein, finds that the hearing held on October 3, 2017, should be continued and reset.

IT IS THEREFORE ORDERED that the hearing on the: *OBJECTION TO CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION* filed by BankPlus (Dkt. #25) is hereby continued and reset to **TUESDAY, NOVEMBER 14, 2017, at 11:00 O'CLOCK A.M.**

SO ORDERED on October 3, 2017.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**