_____

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
United States Bankruptcy Judge
Date Signed: August 27, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Charles Samuel Fillingane** | **CASE NO. 17-01095-ee** |
| **Freida Lynne Fillingane,** | |
| **DEBTORS.** | **CHAPTER 7** |

To: Frank H. Coxwell, Attorney for Debtor
Christopher Meredith, Attorney for BankPlus


### ORDER TO SHOW CAUSE

**YOU ARE HEREBY ORDERED TO APPEAR** on **Tuesday, September 4, 2018**, at **10:30 A.M.**, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions should not be imposed, or other actions taken, for failure to submit the appropriate order or judgment resulting from that certain hearing held in the above referenced matter on July 24, 2018, at 11:00 A.M., on the Motion to Dismiss Debtor Freida Lynne Fillingane (Dkt. #80) filed by joint debtor. *See* Miss. Bankr. L. R. 1001-1(g), 4001-1(a)(1)(D) and 9013-1(e).

##END OF ORDER##